FILED

08/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0238

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Case No. DA 20-0238

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY, d/b/a Attorneys Liability Protection Society, A Risk Retention Group,<br><br>Plaintiffs/Appellees,<br><br>v.<br><br>KELLER, REYNOLDS, DRAKE, JOHNSON & GILLESPIE, P.C., RICHARD GILLESPIE, BRYAN SANDROCK, GG&ME, LLC, a Montana Limited Liability Company, and DRAES, INC., a Montana Close Corporation, CHARLES JOSEPH SIEFERT and THOMAS Q. JOHNSON,<br><br>Defendants/Appellants. | ORDER GRANTING MOTION FOR ADDITIONAL 30 DAYS (To August 19, 2020) TO FILE INITIAL APPELLANT'S BRIEF |

The Appellant Bryan Sandrock having submitted his Motion for Additional 2 Days (from August 17, 2020 to August 19, 2020), to File his Initial Appellant's Brief by and through his attorney John C. Doubek and opposing counsel having agreed to such extension,

1

IT IS HEREBY ORDERED that Appellant Bryan Sandrock shall have an additional 2 days (to August 19, 2020) within which to file his Initial Appellant's Brief in this matter.

For the Court

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 14 2020